IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02319-CMA-MEH

GLENN LOCKMON

      Plaintiff,

v.

THOMAS F. FARRELL, PC

      Defendant.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served September 12, 2012 and the acceptance thereof filed September 26, 2012, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff Glenn Lockmon and against Defendant Thomas F. Farrell, PC in the amount of $1,001.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18% from the date of entry of judgment.

DATED at Denver, Colorado this 28th September, 2012.

                                        JEFFREY P. COLWELL, CLERK

                                        By:   s/ Edward P. Butler
                                                    Edward P. Butler, Deputy Clerk